In the Matter of KIMBERLY BERLING et al., Respondents, v TINA GLOVER, Also Known as TINA PARKER, Appellant. In the

Matter of TINA GLOVER, Also Known as TINA PARKER, Appellant, v KIMBERLY BERLING et al., Respondents. In the Matter of GERALD DEMING et al., Respondents, v KIMBERLY BERLING et al., Respondents, and TINA GLOVER, Also Known as TINA PARKER, Appellant. [899 NYS2d 722]—Appeal from an order of the Family Court, Livingston County (Marianne Furfure, J.), entered July 24, 2008 in a proceeding pursuant to Family Court Act article 6. The order, insofar as appealed from, denied the petition of respondent/petitioner Tina Glover, also known as Tina Parker, for custody of Daniel D.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.